IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
LEROY BRANTLEY, JR; HAROLD H.,      *
RICKS; ROGER SMITH; and SHON        *
BUTLER, on behalf of themselves     *
all others similarly situated,      *
                                    *
            Plaintiffs,             *
                                    *
      v.                            *     CV 617-089
                                    *
HANDI-HOUSE MFG. CO.; HANDI-        *
HOUSE FINANCIAL CORPORATION;        *
HANDI-HOUSE RENT TO OWN, LLC;       *
JAMES AKRIDGE; JOHN WILKERSON;      *
DONALD FLANDERS; STEPHANIE          *
FLANDERS; and BRENDA MONROE         *
WILLIAMSON,                         *
                                    *
            Defendants.             *
```

## O R D E R

Before the Court is the parties' Stipulation of Dismissal as to All Defendants Except Handi-House Mfg. Co. and Donald Flanders and Request for Dismissal of Counts 7 and 10. (Doc. 83.) The parties ask that these parties and counts be dismissed without prejudice. Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that Counts 7 and 10 of Plaintiffs' Complaint and Plaintiffs' claims against all defendants except Handi-House Mfg. Co. and Donald Flanders are **DISMISSED WITHOUT PREJUDICE**.

ORDER ENTERED at Augusta, Georgia, this 15th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA