IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LEROY BRANTLEY, JR., HAROLD H. RICKS, ROGER SMITH, and SHON BUTLER, on behalf of themselves and all others similarly situated, | * * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. CV 617-089 |
| v. | * * | |
| HANDI-HOUSE MFG. CO., and DONALD FLANDERS, | * * * | |
| Defendants. | * | |

# O R D E R

Presently before the Court is a "Motion to Substitute Party" filed by non-party Malik Brantley, who has been appointed the Administrator of the Estate of Leroy Brantley, Jr., a plaintiff herein who passed away in March 2018. Upon due consideration, **IT IS HEREBY ORDERED** that the motion (doc. 102) is **GRANTED**. See Fed. R. of Civ. P. 25(a). The Clerk is directed to reflect in the docket the substitution of "Malik Brantley, Administrator of the Estate of Leroy Brantley, Jr.," as party plaintiff for Leroy Brantley, Jr.[1]

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because defense counsel has filed a notice that there is no objection to this substitution, a hearing in the matter is unnecessary.