# United States District Court
## Southern District of Georgia

HAROLD H. RICKS; ROGER SMITH; SHON BUTLER; and MALIK BRANTLEY, Administrator of the Estate of Leroy Brantley, Jr.,

Plaintiffs,

v.

HANDI-HOUSE MFG. CO.; and DONALD FLANDERS,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:17-cv-89

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on March 25, 2019, the Court DENIES Plaintiffs' motion to add a RICO claim against Mr. Flanders and GRANTS Defendants' Motions for Summary Judgment. Judgment is entered in favor of the Defendants, and this civil action stands CLOSED.

Approved by: _____

March 28, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk